IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:19-cv-1208

| | |
|---|---|
| TIMOTHY KAPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JOINT STIPULATION OF** |
| ) | **DISMISSAL** |
| STATE EMPLOYEES' CREDIT ) | **WITH PREJUDICE** |
| UNION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW, the Plaintiff Timothy Kapp, and the Defendant, State Employees' Credit Union, by and through undersigned counsel, STIPULATE TO DISMISSAL of all matters and claims asserted against STATE EMPLOYEES' CREDIT UNION in this civil action With Prejudice.

This dismissal is made pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted, this the 11th day of June, 2020.

**MAGINNIS LAW, PLLC**
*Counsel for Plaintiff*

BY: /s/ *Garrett L. Davis*
EDWARD H. MAGINNIS
N.C. State Bar No. 39317
GARRETT L. DAVIS
N.C. State Bar No. 52605
4801 Glenwood Avenue, Suite 310
Raleigh, North Carolina 27612
Telephone: 919.526.0450
Fax: 919.882.8763
emaginnis@maginnislaw.com

gdavis@maginnislaw.com

**JACKSON LEWIS P.C**
*Counsel for Defendant*

*/s/ Ann. H. Smith*
Ann H. Smith
Attorney at Law
Jackson Lewis P.C.
3737 Glenwood Avenue
Suite 450
Raleigh, NC   27612
Ann.Smith@jacksonlewis.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:19-cv-1208

| | |
|---|---|
| TIMOTHY KAPP, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE EMPLOYEES' CREDIT )<br>UNION, )<br>)<br>Defendant. )<br>) | **CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that a true and current copy of the foregoing has been electronically filed with the Clerk of Court on June 11, 2020, by using the CM/ECF system, which will send notice of the filing to all parties of record.

*/s/ Garrett L. Davis*
Garrett L. Davis
MAGINNIS LAW, PLLC
4801 Glenwood Avenue, Suite 310
Raleigh, NC, 27612
Telephone: (919) 526-0450
Facsimile: (919) 882-8763
gdavis@maginnislaw.com

*Attorney for Plaintiff*